TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Adversary Case Name:   MATTHEW DEFLURI v. TIMOTHY HOPKINS

Adversary Number: 18-90047

Case Number:            18-00205-MM7

Hearing:                10:00 AM  Thursday, August 16, 2018

Motion:      PRE-TRIAL STATUS CONFERENCE (fr. 6/28/18)

**Continued to March 21, 2019 at 10:00 a.m. in Dept. 1**. Appearances are excused at the August 16, 2018 hearing. A remand order must be uploaded and status reports regarding the state court proceedings must be filed not later than March 17, 2019.