# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

        **ADV:** 18-90047

        **MATTHEW DEFLURI VS TIMOTHY HOPKINS**

        **Debtor:** TIM J. HOPKINS
        **Case Number:** 18-00205-MM7   **Chapter:** 7
        **Date / Time / Room:** THURSDAY, AUGUST 16, 2018 10:00 AM  DEPARTMENT 1
        **Bankruptcy Judge:** MARGARET M. MANN
        **Courtroom Clerk:** LISA CRUZ
        **Reporter / ECR:** SUE ROSS

### *Matter:*

        PRE-TRIAL STATUS CONFERENCE (fr. 6/28/18)

### *Appearances:*

        APPEARANCES EXCUSED

### *Disposition:*

        Tentative Ruling as issued is the Order of the Court.  Appearances waived.  Continued to 3/21/19 at 10:00 a.m. in Dept. 1.